# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JOHN DOE, ) | |
| ) | |
|     Plaintiff, ) | Case No. 3:73-6971 |
| ) | Judge Trauger |
| v. ) | |
| ) | |
| BEVERLY BRILEY, et. al. ) | |
| ) | |
|     Defendants, ) | |
| ) | |
| v. ) | |
| ) | |
| GANNETT SATELLITE ) | |
| INFORMATION, INC. d/b/a ) | |
| *THE TENNESSEAN*, ) | |
| NEWSCHANNEL 5 NETWORK ) | |
| ) | |
|     Intervenors. ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the Report and Recommendation (Docket No. 29) is **REJECTED** insofar as it recommended the denial of the Motion to Intervene filed by *The Tennessean* (Docket No. 5), and that motion is hereby **GRANTED**. It is further **ORDERED** that the Motion to Intervene filed by NewsChannel 5 Network (Docket No. 36) is **GRANTED**.

Enter this 7th day of May 2007.

_____
ALETA A. TRAUGER
United States District Judge