# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JOHN DOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 3:73-6971 |
| | ) Judge Trauger |
| v. | ) |
| | ) |
| BEVERLY BRILEY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

For the reasons stated in the accompanying Memorandum, the Metropolitan Government of Nashville and Davidson County's ("Metro's") renewed Motion to Vacate 1973 Consent Decree (Docket No. 65) is **GRANTED IN PART and DENIED IN PART**. Operation of the 1973 Consent Decree is hereby **SUSPENDED** to allow research and negotiation as discussed in the attached Memorandum. Within 120 days, the parties shall file either a modified proposed consent decree or a joint status report explaining why it was not possible to achieve agreement on a modified decree. The plaintiff's Motion for Contempt (Docket No. 88) is **GRANTED,** but the taking of discovery as to the contempt issue is **SUSPENDED** pending further order of the court. Metro's Motion to Strike (Docket No. 120) is **DENIED AS MOOT**.

It is so ordered.

Enter this 14th day of December 2010.

                                                _____
                                                ALETA A. TRAUGER
                                                United States District Judge