UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | |
|     Plaintiff, | ) | Case No. 3:73-6971 |
| | ) | Judge Trauger |
| v. | ) | |
| | ) | |
| BEVERLY BRILEY, *et al.*, | ) | |
| | ) | |
|     Defendant. | ) | |

**O R D E R**

Pursuant to the joint request of the parties contained within their Joint Status Report (Docket No. 131), it is hereby **ORDERED** that a status conference will be held with the parties in chambers off the record on Thursday, September 8, 2011, at 10:00 a.m.

It is so **ORDERED**.

Enter this 2nd day of September 2011.

_____
ALETA A. TRAUGER
United States District Judge