# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:73-6971 |
| | ) | Judge Trauger |
| v. | ) | |
| | ) | |
| BEVERLY BRILEY, *et al.*, | ) | |
| | ) | |
| Defendant. | ) | |

## **O R D E R**

It is hereby **ORDERED** that another status conference shall be held in chambers with counsel for the plaintiff and defendant Metro on October 17, 2011 at 4:15 p.m.

It is so **ORDERED**.

Enter this 9th day of September 2011.

_____
ALETA A. TRAUGER
United States District Judge