UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:73-6971 |
| | ) | Judge Trauger |
| v. | ) | |
| | ) | |
| BEVERLY BRILEY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

It is hereby **ORDERED** that a status conference will be held in this case in Judge Trauger's chambers on Friday, November 1, 2013, at 2:00 p.m.

It is so **ORDERED**.

Enter this 25th day of October 2013.

_____
ALETA A. TRAUGER
United States District Judge